**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEVADA**
**LAS VEGAS DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| ROBERT J. FITZ | § | CASE NO. 09-30015-LBR-7 |
| LAURA FITZ | § | CHAPTER 7 |
| | § | |
| | § | JUDGE LINDA B. RIEGLE |

**REQUEST FOR SERVICE OF NOTICE**

TO THE DEBTOR(S), TRUSTEE, ALL CREDITORS AND ALL OTHER INTERESTED PARTIES:

You are hereby given notice that Brice, Vander Linden & Wernick, P.C. has been engaged by the creditor identified below to serve as its authorized agent in this matter.

You are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to, notices required by Bankruptcy Rules 2002 and 3017(a) and the Local Rules of the Bankrupcy Court upon the creditor at the following address:

**VW Credit, Inc.**
**P. O. Box 829009**
**Dallas, Texas 75382-9009**

Respectfully submitted,
Brice, Vander Linden & Wernick, P.C.

/s/ Hilary B. Bonial

Hilary B. Bonial

F# 7225-N-6921
9441 LBJ Freeway, Suite 350
Dallas, Texas  75243
(972) 643-6600 / (972) 643-6698 (Telecopier)
E-mail Address: notice@bkcylaw.com
Authorized Agent for VW Credit, Inc.

**CERTIFICATE OF SERVICE**

I,  Hilary B. Bonial, hereby certify that a true and correct copy of the foregoing Request for Service of Notice has been served upon the following parties in interest either via pre-paid regular U.S. Mail or via electronic notification on or before November 3, 2009:

**Debtors' Attorney**
Sam Benevento
Attorney At Law
1945 E WARM SPRINGS RD
LAS VEGAS, NV  89119

**Chapter 7 Trustee**
Yvette Weinstein
6450 Spring Mountain Road, Suite 14
Las Vegas, Nevada 89146

**U.S. Trustee**
OFFICE OF THE US TRUSTEE
300 Las Vegas Boulevard South, Suite 4300
Las Vegas, Nevada 89101

/s/ Hilary B. Bonial
_____

Hilary B. Bonial

7225-N-6921
noaelect