**Entered on Docket
December 31, 2009**

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

Electronically Filed on _____

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787

and

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

Deutsche Bank National Trust Company, as trustee of the Morgan Stanley Mortgage Loan Trust 2005-6AR
09-77566

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-S-09-30015-lbr |
| Robert J. Fitz and Laura Fitz | Date: 12/1/2009<br>Time: 1:00 pm |
| Debtors. | Chapter 7 |

1

2 **ORDER VACATING AUTOMATIC STAY**

3      IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the

4 above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to

5 Secured Creditor Deutsche Bank National Trust Company, as trustee of the Morgan Stanley Mortgage

6 Loan Trust 2005-6AR, its assignees and/or successors in interest, of the subject property, generally

7 described as 1474 Lodgepole Dr., Henderson, NV 89014, and legally described as follows:

8
        Lot SEVENTY-ONE (71) in Block TWO (2) of WHITNEY RANCH EAST UNIT 4, as shown
9       by Map thereof on File in Book 46 of Plats, Page 3, in the Office of the County Recorder of
        Clark County, Nevada, and as Amended by Certificate of Amendment Recorded May 30, 1990
10      in Book 900530 of Official Records, Clark County, Nevada Records as Document No. 00850.

11 ///

12 ///

13 ///

14 ///

15 ///

16 ///

17 ///

18 ///

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

**IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give Debtors at least five business days' notice of the time, place and date of sale.**

DATED this _____ day of _____ 2009

Submitted by:

**WILDE & ASSOCIATES**

By: /s/ Gregory L. Wilde, Esq
**Gregory L. Wilde, Esq.**
Attorney for Secured Creditor
208 South Jones Boulevard
Las Vegas, Nevada 89107

APPROVED / DISAPPROVED

By:_____
Sam Benevento
1945 E. Warm Springs Road
Las Vegas, NV 89119
Attorney for Debtor(s)

Nevada Bar No:_____

APPROVED / DISAPPROVED

By:_____
Yvette Weinstein
6450 Spring Mtn. Rd. #14
Las Vegas, NV 89146
Chapter 7 Trustee

ALTERNATIVE METHOD RE: LOCAL RULE 9021:

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):

\_\_\_\_    The court waived the requirements of LR 9021.

\_\_\_\_    No parties appeared or filed written objections, and there is no trustee appointed in the case.

\_x\_    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

(List Parties)

Debtor's counsel:

\_\_\_\_\_ approved the form of this order          \_\_\_\_\_ disapproved the form of this order

\_\_\_\_\_ waived the right to review the order and/or    \_x\_ failed to respond to the document

\_\_\_\_\_ appeared at the hearing, waived the right to review the order

\_\_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

\_\_\_\_\_ approved the form of this order          \_\_\_\_\_ disapproved the form of this order

\_\_\_\_\_ waived the right to review the order and/or    \_x\_ failed to respond to the document

Other Party:_____

\_\_\_\_\_ approved the form of this order          \_\_\_\_\_ disapproved the form of this order

\_\_\_\_\_ waived the right to review the order and/or    \_\_\_\_\_ failed to respond to the document

Breach Order:

\_\_\_\_\_ This is an Order Vacating the Stay after the Failure to cure a Declaration of Breach. Copies of this proposed order were transmitted to Debtor's counsel and appointed trustee to which they have not replied

Submitted by:

 /s/ Gregory L. Wilde, Esq.

Gregory L. Wilde, Esq.

Attorney for Secured Creditor